1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ERIC NOLAN,                          )        No. C 06-1950 MMC (PR)
                                          )
12                  Plaintiff,            )        **ORDER OF DISMISSAL**
                                          )
     v.                                   )
13                                        )
     JEANNE S. WOODFORD, et al.,          )        (Docket Nos. 2, 3, 5)
14                                        )
                    Defendants.           )
15   ─────────────────────────────────────)

16          Plaintiff, a California prisoner proceeding pro se, file the above-titled civil rights

17   action on March 15, 2006.  That same date, the Court notified plaintiff in writing that the

18   action was deficient due to his failure to pay the requisite filing fee or, instead, submit a

19   completed court-approved in forma pauperis ("IFP") application.  Specifically, plaintiff

20   was informed that he had not used the correct IFP form, and had failed to include the

21   required trust account statement showing transactions for the preceding six months and a

22   certificate of funds form signed by an institution official.  In said notice, plaintiff was

23   advised that his failure to pay the filing fee or, alternatively, to file a completed IFP

24   application, including the trust account statement and the signed certificate of funds form,

25   within thirty days, would result in dismissal of the action.  Along with said notice, plaintiff

26   was sent a copy of the Court's IFP application, instructions for completing it, and a return

27   envelope.  On April 10, 2006, the Court received a new IFP application from plaintiff, but

28   not the completed and signed certificate of funds form, contrary to the Court's instructions.

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1

2        As more than thirty days have passed since the deficiency notice and plaintiff has

3  not completed the IFP application or paid the filing fee, the above-titled action is hereby

4  DISMISSED without prejudice.

5        The incomplete applications to proceed in forma pauperis are hereby DENIED.  In

6  light of the dismissal of this action, the request for appointment of counsel is DENIED as

7  well.

8        This order terminates Docket Nos. 2, 3, and 5.

9        The Clerk shall close the file.

10        IT IS SO ORDERED.

11  DATED: June 1, 2006

12                                     MAXINE M. CHESNEY
                                       United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2